**Billy TAYLOR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43271.**

Missouri Court of Appeals,
Western District.

Dec. 4, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Jan. 29, 1991.

David S. Durbin, Appellate Defender,
Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Roy Dean GLOVER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43317.**

Missouri Court of Appeals,
Western District.

Dec. 11, 1990.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Jan. 29, 1991.

David S. Durbin, Appellate Defender,
Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Barbara Wood, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).